# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MAPP, | CASE NO. 16cv1069-WQH-RBB |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA; DEPARTMENT OF CHILD SUPPORT SERVICES OF SAN DIEGO COUNTY, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is Plaintiff Timothy Mapp's Motion for Leave to Proceed In Forma Pauperis. (ECF No. 2).

On May 3, 2016, Plaintiff, proceeding pro se, initiated this action by filing the Complaint. (ECF No. 1). On March 3, 2016, Plaintiff also filed the motion to proceed in forma pauperis ("IFP"). (ECF No. 2).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); S.D. Cal. Civ. L.R. 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

In the motion to proceed IFP, Plaintiff states that he is currently homeless and

1 unemployed. (ECF No. 2 at 5). The remainder of the form was left blank. Plaintiff has not provided the Court with sufficient information to determine Plaintiff's financial status. Pursuant to the instructions on the IFP form, Plaintiff is required to "[c]omplete all questions" and "not leave any blanks." *See id.* at 1. The Court therefore denies the Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED that the Motion to Proceed In Forma Pauperis (ECF No. 2) is DENIED without prejudice. Plaintiff shall, within thirty (30) days of the date this Order is filed, either (1) pay the requisite $400.00 filing fee, or (2) submit a more detailed motion to proceed in forma pauperis. If Plaintiff fails to submit payment or a more detailed motion to proceed in forma pauperis within thirty days of the date of this Order, the Court will dismiss the case without prejudice.

DATED: May 17, 2016

**WILLIAM Q. HAYES**
United States District Judge